| | |
|---|---|
| **Fill in this information to identify the case:** | |

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **OliveDale, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Mosaic Health; dba Unison Health** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __4__ __5__ – __4__ __3__ __2__ __2__ __9__ __5__ __5__ |
| 4. | Debtor's address | **Principal place of business**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City                    State    ZIP Code<br><br>**Travis**<br>County | **Mailing address, if different from principal place of business**<br><br>**900 Ranch Road 620 South**<br>Number   Street<br>**Suite C-101-169**<br>P.O. Box<br><br>**Lakeway              TX       78734**<br>City                    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number   Street<br><br>_____<br>City                    State    ZIP Code |
| 5. | Debtor's website (URL) | _____ |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **OliveDale, Inc.** _____ Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
          District _____ When _____ Case number _____
                                        MM / DD / YYYY
          District _____ When _____ Case number _____
                                        MM / DD / YYYY

Debtor **OliveDale, Inc.** _____  Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.  Debtor **1 MOSAIC HEALTH INC**  Relationship **Affiliate**

District **Western District of Texas**  When **05/11/2018**
MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor _____  Relationship _____
District _____  When _____
MM / DD / YYYY
Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number   Street
_____
_____
City                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **OliveDale, Inc.**                                           Case number (if known) _____

**14. Estimated number of creditors**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/11/2018**
MM / DD / YYYY

X **/s/ Nancy Henry**                              **Nancy Henry**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ B. Weldon Ponder, Jr.**                    Date **05/11/2018**
Signature of attorney for debtor                    MM / DD / YYYY

**B. Weldon Ponder, Jr.**
Printed name

**B. Weldon Ponder, Jr., Attorney at Law**
Firm name

**4408 Spicewood Springs Road**
Number     Street

_____

**Austin**                           **TX**        **78759**
City                                State       ZIP Code

**(512) 342-8222**                   **welpon@austin.rr.com**
Contact phone                        Email address

**16110400**
Bar number                           State

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **OliveDale, Inc.**                      CASE NO

                                                                       CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/11/2018                             Signature  */s/ Nancy Henry*
                                                                             *Nancy Henry*
                                                                             *President*

Date  _____         Signature _____

1 MOSAIC HEALTH INC
900 Ranch Road 620 South
Suite C-101-169
Lakeway TX 78734


1 Mosaic Health Inc
6705 W Hwy 290 Ste 502
Austin TX 78735-8407


Beck Redden LLP
Attn: Karson Thompson
515 Congress Ave Ste 1900
Austin TX 78701


City of Austin - Austin Energy
Customer Care Contact Center
721 Barton Springs Rd
Austin TX 78704-1194


Fritz, Byrne, Head & Gilstrap, PLLC
Attention: Lessie C. Gilstrap
221 W 6th St Ste 960
Austin TX 78701


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Sutherland Global Services, Inc.
Attention: Legal Department
1160 Pittsford Victor Rd
Pittsford NY 14534


Sutherland Healthcare Solutions, Inc.
Attention: Corporate Counsel
2 Brighton Rd Ste 300
Clifton NJ 07012


Time Warner Cable
4145 S Falkenburg Rd
Riverview FL 33578-8652

Time Warner Cable
PO Box 85100
Austin TX 78708-5100



Time Warner Cable Inc.
60 Columbus Circle
New York NY 10023



Travis County Tax Assessor/Collector
5501 Airport Blvd
Austin TX 78751-1410



Travis County Tax Office
PO Box 149328
Austin TX 78714-9328



Woods, Oviatt, Gilman, LLP
Attn: Warren Rosenbaum, Brian Capitu
700 Crossroads Building
2 State St
Rochester NY 14614